# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 23-7059**                                                        September Term, 2023

1:18-cv-00422-ABJ

**Filed On: April 9, 2024** [2048807]

Darrell Wilcox and Michael McGuire, individually and as representatives of a class of participants and beneficiaries in and on behalf of the Georgetown University Defined Contribution Retirement Plan, the Georgetown University Voluntary Contribution Retirement Plan,

    Appellants

  v.

Georgetown University, et al.,

    Appellees

    **BEFORE:**    Circuit Judges Childs and Garcia, and Senior Circuit Judge Ginsburg

### COURTROOM MINUTES OF ORAL ARGUMENT

PROCLAMATION BEING MADE, the Court opened on Tuesday, April 9, 2024 at 9:32 a.m. The cause was heard as case No. 3 of 3 and argued before the Court by:

    James A. Bloom, counsel for Appellants.

    Nicole A. Saharsky, counsel for Appellees.

                                                   **FOR THE COURT:**
                                                   Mark J. Langer, Clerk

                                BY:    /s/
                                                     Anne A. Rothenberger
                                                     Deputy Clerk